IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CELSA M. ORTIZ-ALFARO

Plaintiff

vs                                          CIVIL 96-2433CCC

SISTEMA UNIVERSITARIO ANA G.
MENDEZ

Defendant

## O R D E R

Having considered the Motion for Summary Judgment (**docket entry 38**) and

plaintiff's Opposition (**docket entry 40**), the Motion for Summary Judgment is DENIED.

SO ORDERED.

At San Juan, Puerto Rico, on September 15, 1999.

CARMEN CONSUELO CEREZO
United States District Judge

SEP 1 7 1999

RECD.    TO JUDGE
SEP 1 7 1999

# 68

AO 72A
(Rev.8/82)