IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CELSA M. ORTIZ-ALFARO

Plaintiff

vs                                             CIVIL 96-2433CCC

SISTEMA UNIVERSITARIO ANA G.
MENDEZ

Defendant

## ORDER

Defendant's Motion Requesting that the jury trial be divided in liability claims and damages claims (**docket entry 55**) is DENIED.

SO ORDERED.

At San Juan, Puerto Rico, on September 15, 1999.

CARMEN CONSUELO CEREZO
United States District Judge

SEP 17 1999