IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CELSA M. ORTIZ-ALFARO

Plaintiff

vs                                    CIVIL 96-2433CCC

SISTEMA UNIVERSITARIO ANA G. MENDEZ

Defendant

## ORDER

The Motion in Limine Regarding Testimony Prior to July 26, 1992 (docket entry 57), which is unopposed, is GRANTED. Accordingly, plaintiff will not be permitted to present evidence relating to any failure to accommodate the decedent's disability prior to July 26, 1992, the date on which the American With Disabilities Act, 42 U.S.C. §12101, et seq., became effective.

SO ORDERED.

At San Juan, Puerto Rico, on September 15, 1999.

CARMEN CONSUELO CEREZO
United States District Judge

SEP 17 1999

AO 72A
(Rev.8/82)