IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**                    September 15, 1999

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

GREGORIO ORTIZ, et al

vs                                             CIVIL 96-2433CCC

SISTEMA UNIVERSITARIO
ANA G. MENDEZ

By order of the Court, the Motion Requesting that Evidence Held Inadmissible in Order of May 25, 1999 not be Considered in the Resolution of defendant's Request for Summary Judgment (**docket entry 65**) is GRANTED. The Motion Submitting Appendixes to Proposed Pretrial Order (**docket entry 67**) is NOTED. Parties to be notified.

                                               - Secretary

s/c M. Correa
(W. Hergel)

SEP 17 1999