IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                         November 30, 1999

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

GREGORIO ORTIZ, et al

vs                                              CIVIL 96-2433CCC

SISTEMA UNIVERSITARIO
ANA G. MENDEZ

    By order of the Court, the docket shall reflect that the following motions have become MOOT: Request for Extension of Time to Depose Witness and Motion to Dismiss for Failure to Comply with Order to Show Cause (**docket entries 75 and 76**).

    The Request for Notification of Orders and Judgments by FAX (**docket entry 77**) is GRANTED. Parties to be notified.

*[signature]* - Secretary

s/c: M. Correa
     L. Amadeo
     W. Weigel