IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ENTERED ON DOCKET
DEC - 3 1999
PURSUANT
TO FRCP RULES 58 & 79a

CELSA M. ORTIZ-ALFARO

Plaintiff

vs                                                           CIVIL 96-2433CCC

SISTEMA UNIVERSITARIO ANA G.
MENDEZ

Defendant

## JUDGMENT

Plaintiff having failed to comply with the Court's order of September 15, 1999 (**docket entry 69**), this action is DISMISSED.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on November 30, 1999.

CARMEN CONSUELO CEREZO
United States District Judge

s/c: U. Correa
L. Amadeo
W. Heigel

DEC - 3 1999

AO 72A
(Rev.8/82)