# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



CELSA M. ORTIZ-ALFARO

Plaintiff

vs                                      CIVIL 96-2433CCC

SISTEMA UNIVERSITARIO ANA G. MENDEZ

Defendant

## ORDER

Having considered the Stipulation filed by the parties on January 19, 2000 (**docket entry 82**), the Court's Judgment entered on November 30, 1999 (**docket entry79**) is VACATED. A new Judgment will be entered in accordance with the parties' stipulation.

SO ORDERED.

At San Juan, Puerto Rico, on January 27, 2000.

CARMEN CONSUELO CEREZO
United States District Judge

AO 72A
(Rev.8/82)