IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CELSA M. ORTIZ-ALFARO
Plaintiff

vs                                          CIVIL 96-2433CCC

SISTEMA UNIVERSITARIO ANA G.
MENDEZ
Defendant

## JUDGMENT

Plaintiff having requested the dismissal of the present case (**docket entry 82**), this action is hereby DISMISSED, with prejudice, each party to bear its own costs and attorney's fees.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on January 27, 2000.

CARMEN CONSUELO CEREZO
United States District Judge

AO 72A
(Rev.8/82)